CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Elliott Montgomery, Esq., SBN 279451
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
elliottm@potterhandy.com

Attorneys for Plaintiff

JOSEPH MISKABI, ESQ. (SBN 279735)
LAW OFFICES OF JOSEPH MISKABI
9454 Wilshire Blvd. Suite 600
Beverly Hills, CA 90212
Telephone: (424) 245-5740
Facsimile: (866) 202-9176

Attorney for Defendant
Mana Investment Company, LLC

***(Counsel continued on next page)***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong,**<br><br>　　　Plaintiff,<br><br>　v.<br><br>**Mana Investment Company, LLC**, a California Limited Liability Company;<br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No. 8:18-cv-01615-DOC-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) FOR DEFENDANT MANA INVESTMENT COMPANY, LLC ONLY** |

1

|   |   |
|---|---|
| 1 |   |
| 2 | Gregory F. Hurley, State Bar No. 126791 |
| 3 | Bradley J. Leimkuhler, State Bar No. 261024<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor |
| 4 | Telephone: (714) 513-5100<br>Facsimile: (714) 513-5130 |
| 5 | Email: ghurley@sheppardmullin.com<br>bleimkuhler@sheppardmullin.com |
| 6 | Attorneys for Defendant |
| 7 | Starbucks Corporation |

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between parties, that only Defendant Mana Investment Company, LLC may be dismissed with prejudice; each party to bear his/its own attorneys' fees and costs. This stipulation is made as a result of settlement of this action.

Dated: January 14, 2019            CENTER FOR DISABILITY ACCESS

                                   By: */s/Elliott Montgomery*
                                   Elliott Montgomery
                                   Attorney for Plaintiff

Dated: January 14, 2019            LAW OFFICES OF JOSEPH MISKABI

                                   By: */s/Joseph Miskabi*
                                   Joseph Miskabi, Esq.
                                   Attorney for Defendant
                                   Mana Investment Company, LLC

Dated: January 14, 2019            SHEPPARD MULLIN RICTHER &
                                   HAMPTON LLP

                                   By: */s/Bradley J. Leimkuhler*
                                   Bradley J. Leimkuhler
                                   Attorney for Defendant
                                   Starbucks Corporation

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: February 4, 2019                CENTER FOR DISABILITY ACCESS

                                       By:   /s/ Elliott Montgomery
                                       Elliott Montgomery
                                       Attorney for Plaintiff