1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendant
   STARBUCKS CORPORATION
8

9                UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | Nehemiah Kong,                                  | Case No. 8:18-cv-01615-DOC-DFM
   |                                                 | Honorable David O. Carter
13 |            Plaintiff,                           |
   |                                                 | **ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND THE DISPOSITIVE MOTION HEARING DEADLINE FROM APRIL 15, 2019 TO APRIL 22, 2019 [35]**
14 |     v.                                          |
15 | Mana Investment Company, LLC, a                 |
   | California Limited Liability Company;           |
16 | Starbucks Corporation, a Washington             |
   | Corporation and DOES 1-10,                      |
17 |                                                 | Current Date:      April 15, 2019
   |            Defendants.                          | Requested Date:   April 22, 2019
18 |                                                 |
   |                                                 | Action Filed:      September 11, 2018
19 |                                                 | Trial Date:        June 3. 2019

20

21

22

23

24

25

26

27

28

1   Based on Plaintiff Nehemia Kong and Defendant Starbucks Corporation's
2   Joint Stipulation and Request to extend the dispositive motion hearing date, and
3   good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:
4   The dispositive motion hearing, currently scheduled for April 15, 2019
5   is continued to  April 22, 2019                    .
6   **IT IS SO ORDERED**.

7
8   Dated:  March 13      , 2019
9
10                                          _____
11                                          Honorable David O. Carter
                                            U.S. DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:489674052.1   ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION HEARING DEADLINE

Case No. 8:18-cv-01615-DOC-DFM