CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
ChrisC@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong**,<br><br>       Plaintiff,<br><br>   v.<br><br>**Mana Investment Company, LLC**, a California Limited Liability Company;<br>**Starbucks Corporation**, a Washington Corporation;<br><br>       Defendants | **Case:** 8:18-CV-01615-DOC-DFM<br><br>**Plaintiff's Notice of and Motion for Summary Judgment**<br><br>Date:  April 22, 2019<br>Time:  8:30 a.m.<br>Ctrm:  9D<br><br><br>Hon. Judge David O. Carter |

To all Defendants and their attorneys of record:

Please take notice that on April 22, 2019 at 8:30 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable David O. Carter, located at 411, West Fourth Street, Santa Ana, California, Plaintiff Nehemiah Kong will and hereby does move this Court to enter summary judgment in favor of Plaintiff and against Defendant Starbucks Corporation.

Plaintiff seeks: (1) an order from the court directing the Defendant to provide an accessible transaction counter at the Starbucks located at or

about 11931 Beach Blvd., Stanton, California; and (2) judgment in favor of Plaintiff for $4,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the separate statement of undisputed material facts filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 6, 2019.

Dated: March 18, 2019        CENTER FOR DISABILITY ACCESS


                             By:   /s/ Chris Carson
                             Chris Carson
                             Attorneys for Plaintiff