JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Nehemiah Kong,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mana Investment Company, LLC, a California Limited Liability Company (dismissed); Starbucks Corporation, a Washington Corporation and DOES 1-10,<br><br>　　　　Defendants. | Case No. 8:18-cv-01615-DOC-DFM<br>Honorable David O. Carter<br><br>**JUDGMENT** [68]<br><br>Action Filed:　September 11, 2018<br>Trial Date:　　Vacated |

Judgment is hereby entered in favor of Defendant Starbucks Corporation ("Defendant") and against Plaintiff Nehemiah Kong ("Plaintiff") pursuant to the Court's order dated May 15, 2019 (Dkt. 67).

Defendant, as the prevailing party, may file a motion for attorneys' fees and/or costs incurred herein within 30 days after the entry of judgment.

**IT IS SO ORDERED.**

Dated: May 20, 2019

By: /s/ David O. Carter

**HON. DAVID O. CARTER**
Judge of the U.S. District Court