UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MANA INVESTMENT COMPANY, LLC, a California Limited Liability Company,<br><br>　　　　Defendant,<br><br>　and<br><br>STARBUCKS CORPORATION, a Washington Corporation,<br><br>　　　　Defendant - Appellee. | No. 19-55577<br><br>D.C. No. 8:18-cv-01615-DOC-DFM<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered June 17, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7